IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:17-MJ-04063 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE JONATHAN D. |
| | ) | GREENBERG |
| | ) | |
| v. | ) | |
| | ) | |
| COLIN TENNEBAR, | ) | GOVERNMENT'S MOTION |
| | ) | TO DISMISS COMPLAINT WITHOUT |
| Defendant. | ) | PREJUDICE |

    Now comes the United States of America, through its counsel, David A. Sierleja, Acting United States Attorney, and Matthew B. Kall, Assistant United States Attorney, and respectfully moves this Court for an order to dismiss this matter without prejudice.  A copy of the Order of Dismissal is attached hereto.

    Respectfully submitted,

    DAVID A. SIERLEJA
    Acting United States Attorney

By:   /s/ Matthew B. Kall
    Matthew B. Kall (NY: 3003738)
    Assistant United States Attorney
    United States Court House
    801 West Superior Avenue, Suite 400
    Cleveland, OH 44113
    (216) 622-3915
    (216) 522-8355 (facsimile)
    Matthew.B.Kall@usdoj.gov

2

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May 2017, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Matthew B. Kall
Matthew B. Kall
Assistant U.S. Attorney